## Commonwealth ex rel. Komins *v.* Komins, Appellant.

Argued September 18, 1970. *Simon J. Denenberg,* with him *Abramson, Denenberg & Lyons,* for appellant; *Robert H. Malis,* with him *Malis, Tolson & Malis,* for appellee.

Order affirmed.

## Commonwealth ex rel. McCarroll *v.* McCarroll, Appellant.

Argued September 15, 1970. *Ronald Robinson,* with him *Pearlstine, Salkin, Hardiman, Robinson, Hunn & Meinzer,* for appellant; *S. Gerald Corso,* with him *Jenkins & Acton,* for appellee.

Order affirmed.